```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 04683
   TERRELL G KENNEDY
   SABRINA ELLIS                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

              Debtor
   SSN XXX-XX-4263      SSN XXX-XX-4829

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/16/07 and confirmed on 05/29/07.

   2.  The case was dismissed after confirmation, 01/22/2009.

   3.  The Debtor paid a total of $  11222.58 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE CORP | MORTGAGE ARRE | 5293.44 | .00 | 5293.44 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| FRANKLIN CREDIT MANAGMEN | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| CIT | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WAMU | SECURED | .00 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 512.42 | .00 | 26.49 |
| B REAL LLC | UNSECURED | 661.29 | .00 | 34.18 |
| B REAL LLC | UNSECURED | 380.62 | .00 | 19.68 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 790.31 | .00 | 40.87 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST SAVINGS CREDIT CAR | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 448.08 | .00 | 23.17 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | .00 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1650.00 | .00 | .00 |

```
INTERNAL REVENUE SERVICE  FILED LATE         .00           .00          .00
INTERNAL REVENUE SERVICE  UNSECURED      NOT FILED         .00          .00
GMAC PAYMENT CENTER       UNSECURED        1755.80         .00        90.79
REAL TIME RESOLUTIONS     UNSECURED       54131.44         .00      2798.86
VATIV RECOVERY SOLUTIONS  UNSECURED         902.29         .00        46.66
     Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    5293.44         .00     61232.25         .00    66525.69
PRINCIPAL PAID        5293.44         .00      3080.70         .00     8374.14
INTEREST PAID             .00         .00          .00         .00         .00
TOTAL PAID            5293.44         .00      3080.70         .00     8374.14
```

The Debtor's attorney, JOYNER LAW OFFICE              , was allowed $   3000.00
and was paid $    674.00   direct and $   2326.00   through the plan.

The Trustee received $     522.44 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/11/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 04683 TERRELL G KENNEDY & SABRINA ELLIS